# United States District Court
# District of Minnesota

United States of America

Plaintiff(s), **JUDGMENT BY DEFAULT**

-vs- Civil No. 01-315 JRT/FLN

Lisa S. Marjamaa

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of five thousand four hundred eighty seven and 44/100 Dollars ($ 5,487.44)

FRANCIS E. DOSAL, CLERK

DATED: 3/29/01

By Victoria Moralez
Victoria Moralez, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 3124.00 |
| Costs and disbursements | $ 150.00 |
| Interest to 10/20/00 | $ 2213.00 |
| Surcharge | $ 0.00 |
| **TOTAL JUDGMENT** | $ 5487.44 |